[No. 12790-3-II.  Division Two.  April 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL DEAN LANGFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 88-1-01896-2, Karen G. Seinfeld, J., entered April 25, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.